THE STATE EX REL. KAPPES, APPELLANT, *v.* SHOE CARNIVAL, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Kappes v. Shoe Carnival, Inc.,* 121 Ohio St.3d 137, 2009-Ohio-720.]

(No. 2008–1505—Submitted February 3, 2009—Decided February 24, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Weisser & Wolf and Lisa M. Clark, for appellant.

Richard Cordray, Attorney General, and Colleen C. Erdman, Assistant Attorney General, for appellee Industrial Commission of Ohio.